## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*Americo Passano*     v.   *Alberto Gonzalez, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-01551-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  May 31, 2007

     Americano Passano is a citizen of Peru who filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 at docket 1 asserting that his detention pending removal from the United States is unlawful.  At docket 21, Magistrate Judge Duncan filed a report recommending that the petition be denied.  After obtaining an extension of time, Passano filed objections to the report at docket 24.

     In a case such as this one, the district judge reviews the recommended findings of fact and conclusions of law from the magistrate judge according to the following standard:  All recommended findings of fact as to which an objection is taken and all recommended conclusions of law are reviewed *de novo*, and all recommended findings of fact as to which no objection is taken are reviewed for clear error.

     This court has applied the standard of review set out above.  Passano does not challenge any material finding of fact recommended by the magistrate judge.  Indeed, he reaffirms that he concedes the conviction which is what supports removal.  This court finds that the recommended findings of fact are correct.

     The thrust of Passano's objection is that the magistrate judge has misapplied the law in his case.  Upon *de novo* review, this court finds no fault with the legal analysis by the magistrate judge.  This court finds that Magistrate Judge Duncan has correctly assessed the relationship of the decisions in *Demore v. Kim*, 538 U.S. 510 (2003) and *Tejani v. Willis*, 430 F.3d 1241 (9th Cir. 2005) to the facts in the case at bar.  Passano's reliance on *Tejani* is inappropriate given the facts here.  The out of circuit and district court cases cited by Passano in his objection do not establish any error.

     For the reasons above, this court adopts the recommendations from the magistrate judge at docket 21.  The petition at docket 1 is **DENIED**.